[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 27, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14058
Non-Argument Calendar
_____

D. C. Docket No. 04-00085-CR-001-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT THOMAS ONDILLA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(March 27, 2008)**

Before BIRCH, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Danny Durham and Henry Crane, III, counsel for Robert Thomas Ondilla,

have filed a motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Ondilla's conviction and sentence are **AFFIRMED**.